**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| DUFFY ARCHIVE LIMITED, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-01375 |
| SHUTTERSTOCK, INC., | ) ) | |
| Defendant, | ) ) | |
| | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

The plaintiff Duffy Archive Limited, by his undersigned attorney, R. Terry Parker, Esq.,

and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides

notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-

referenced matter against Shutterstock, Inc.

Dated: April 14, 2026                                    Respectfully submitted,

/s/R. Terry Parker
R. Terry Parker, Esquire
Law Office of R. Terry Parker
43 W. 43rd Street, Suite 275
New York, New York 10036-7424
Tel : (212) 859-5068
Fax: (315) 309-4008
Email:terry@rterryparkerlaw.com

*Attorney for Plaintiff
August Image, LLC*